No. 2142. People v. Alamo.—Violation of the Excise-Tax Law. First District Court of San Juan. December 20, 1923.

Nos. 2143 and 2144. People v. López.—Assault and battery. First District Court of San Juan. December 20, 1923.

No. 2149. People v. González.—Mayhem. District Court of Arecibo. January 24, 1924.

No. 2154. People v. Colón.—Riot. District Court of Guayama. January 25, 1924.

No. 2153. People v. Rivera et al.—Breach of the peace. District Court of Guayama. January 25, 1924.

No. 2147. People v. Miranda.—Carrying weapons. First District Court of San Juan. January 18, 1924.

No. 2152. People v. Irizarry.—Manslaughter. First District Court of San Juan. January 24, 1924.

No. 2161. People v. Martínez.—Slander. District Court of Arecibo. February 1, 1924.

No. 2163. People v. Palmieri.—Breach of the peace. District Court of Ponce. February 1, 1924.

No. 2162. People v. De Jesús.—Adulteration of milk. District Court of Ponce. February 5, 1924.

Nos. 2166 and 2167. People v. Rodríguez.—Adulteration of milk. District Court of Ponce. February 5, 1924.

No. 2209. People v. Serralta.—Burglary. First District Court of San Juan. February 7, 1924.

No. 2208. People v. Batista.—Conspiracy. First District Court of San Juan. February 7, 1924.

Nos. 2170 and 2171. People v. Vázquez.—Aggravated assault and battery. District Court of Humacao. February 19, 1924.

No. 2169. People v. Beltrán.—Carrying weapons. District Court of Humacao. February 21, 1924.

No. 2168. People v. Mercado.—Adulteration of milk. District Court of Ponce. February 21, 1924.

No. 2172. People v. Rodríguez.—Assault and battery. Dsitrict Court of Humacao. February 26, 1924.